O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEVON WILLIAMS,                              )         CASE NO. CV 09-00789 DOC (RZ)
                                            )
                        Petitioner,         )
                                            )         JUDGMENT
            vs.                             )
                                            )
LARRY SMALL, WARDEN,                        )
                                            )
                        Respondent.         )
                                            )

        This matter came before the Court on the Petition of DEVON WILLIAMS,
for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and
having accepted the findings and recommendation of the United States Magistrate Judge,

        IT IS ORDERED AND ADJUDGED that the Petition is denied and the action
is dismissed with prejudice.


DATED: June 23, 2010



                                            _____
                                                      DAVID O. CARTER
                                             UNITED STATES DISTRICT JUDGE